UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 25-10597

| | |
|---|---|
| EGYPT HOUSE, | ) |
|                                 Plaintiff, | ) |
| | ) |
| VS: | ) |
| | ) |
| JOHN P. KELLY, as an Individual and in his capacity as Chairman of the Board of Assessors, WILLIAM J. WILLIS as an Individual and in his capacity as Member of the Board of Assessors, JONATHAN LEDERMAN, as an Individual and in his capacity as Member of the Board of Assessors, TODD LARAMIE, as an Individual and in his capacity as Assistant Assessor, KAREN D. BERTOLINO, as an Individual and former Assistant Assessor, MICHAEL TUMULTY, as an Individual, in his capacity as Assistant Assessor (ret.), and Consultant to the Town of Marblehead, DOUGLAS E. PERCY, as an Individual and in his Capacity as Member of the Board of Assessors, BOARD OF ASSESSORS, TOWN OF MARBLEHEAD, the TOWN OF MARBLEHEAD, a Massachusetts Township, THATCHER W. KEZER, III, as an Individual and in his capacity as Town Administrator, LISA MEAD, as an Individual and in her capacity as Town Counsel, ADAM J. COSTA of Mead, Talerman, & Costa, LLC, as an Individual and in his capacity as counsel to the Town of Marblehead, MATTHEW D. PROVENCHER of Mead, Talerman & Costa, LLC, as an Individual and in his capacity as counsel to the Town of Marblehead, and MARK J. DEFRANCISCO, as an Individual as to claims arising under G.L. c. 12, §11I and in his capacity as Chairman of the Appellate Tax Board (Equitable Relief Only as to Claims arising under 42 U.S.C.S. § 1983 and 42 U.S.C.S. § 1985 | ) |
|                                 Defendants | ) |

**NOTICE OF APPEARANCE**

Kindly enter my appearance as counsel for the Defendants, JOHN P. KELLY, WILLIAM J. WILLIS, JONATHAN LEDERMAN, TODD LARAMIE, KAREN D. BERTOLINO, MICHAEL TUMULTY, DOUGLAS E. PERCY, TOWN OF MARBLEHEAD BOARD OF ASSESORS, TOWN OF MARBLEHEAD and THATCHER W. KEZER, III, in the above-captioned action.

1

        Respectfully submitted,

        *s/ Nina Bonelli*
        Nina Bonelli, BBO #698709
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        265 Franklin Street, 12th Floor
        Boston, MA 02110
        (617) 880-7100
        nbonelli@bhpklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

        *s/ Nina Bonelli*
        Nina Bonelli, BBO #698709

Dated: March 31, 2025