UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EGYPT HOUSE,<br>  Plaintiff, | )<br>)<br>) | Civil Action No.: 25-10597-BEM    1 |
| v. | )<br>) | |
| JOHN P. KELLEY, *et al.,*<br>  Defendants. | )<br>) | |

## MOTION FOR LEAVE TO RESPOND

  Pursuant to Federal Rule of Civil Procedure No.: 7 and Local Rule of the District of Massachusetts 7.1(b)(3), Plaintiff Egypt House hereby moves this Court for leave to respond to each of (a) Defendants' Response to Motion to Stay and (b) Defendants' Response to Motion for Preliminary Injunction currently pending before this Court. Each of Defendants' Response to Motion to Stay and Defendants' Response to Motion for Preliminary Injunction are due before this Court on April 4, 2025, pursuant to Short Order Notice entered on March 14, 2025. In support of this Motion, Plaintiff Egypt House files its contemporaneous Memorandum in Support.

DATED:  April 3, 2025          /s/Tracey M.A. Stockton
                     Tracey M.A. Stockton (MA Bar No.: 568495)
                     Admitted before the United States District Court,
                     Massachusetts District

                     *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGYPT HOUSE,<br>    Plaintiff,<br><br>v.<br><br>JOHN P. KELLEY, *et al.*<br>    Defendants. | ) Civil Action No.: 25-10597-BEM<br>)<br>)<br>) **ORDER**<br>)<br>)<br>) |

This matter comes before the Court on Motion for Leave to Respond. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED. SO ORDERED.

_____

_____
            [Print Name]

UNITED STATED DISTRICT JUDGE
United States District Court for the Massachusetts District

Date: _____

**CERTIFICATE OF SERVICE**

      I certify a copy of the above Motion for Leave to Respond was delivered via electronic mail on April 3, 2025, to the following parties:

Aaron Macris, Esq.
Massachusetts Attorney General's Office
aaron.macris@mass.gov

Leonard H. Kesten, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
lkesten@bhpklaw.com

Nina Bonelli, Esq.
Brody, Hardoon, Perkins & Keston, LLP
nbonelli@bhpklaw.com

George C. Rockas, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
George.Rockas@wilsonelser.com

Anne V. Kim, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Anne.Kim@wilsonelser.com

      /s/Tracey M.A. Stockton