# EXHIBIT 4



# THE COMMONWEALTH OF MASSACHUSETTS
## *Appellate Tax Board*
*100 Cambridge Street, Suite 200*
*Boston, Massachusetts 02114*

**Docket No. F351238**

**EGYPT HOUSE,**
                          **Appellant.**

**v.**

**BOARD OF ASSESSORS OF THE TOWN OF MARBLEHEAD,**
                          **Appellee.**

## ORDER

After consideration of the appellee's Motion to Compel Inspection ("Motion"), the appellant's opposition to the Motion, and the arguments advanced at the December 12, 2024, hearing of the Motion, the Board rules as follows:

- The Motion is allowed;

- In accordance with G.L. c. 58A, § 8A, the assessors and any attorneys, experts, or other agents may participate in the inspection of the subject properties, including the interiors of the subject properties;

- The assessors shall provide the appellants with a list of those who will be participating in the inspection on behalf of the assessors no later than two days prior to the inspection;

- On the Board's own motion, the Chairman will conduct a view of the subject properties in conjunction with the inspection;

- The assessors are permitted to photograph the interiors of the subject properties without limitation. To the extent that any disagreement should arise concerning photographs during the inspection, the Chairman will resolve the dispute;

- The assessors shall contact the appellants to agree on two dates and times for the inspection and provide the Board with those dates. The Board will then confirm the date of the inspection and view.

**ORDERED ACCORDINGLY**

                            **APPELLATE TAX BOARD**

**By:** */s/ Mark J. DeFrancisco*
        **Mark J. DeFrancisco, Chairman**

**Attest:** */s/ William J. Doherty*
    **Clerk of the Board**

**Date: January 7, 2025**