# EXHIBIT 6



### *THE COMMONWEALTH OF MASSACHUSETTS*
### *Appellate Tax Board*

*100 Cambridge Street*
*Suite 200*
*Boston, Massachusetts 02114*

**Docket Nos. F351238, F351239**

**EGYPT HOUSE**
**&**
**SHRINE OF ST. NICHOLAS THE WONDERWORKER ET AL,**
**Appellants.**

**v.**

**BOARD OF ASSESSORS OF THE TOWN OF MARBLEHEAD,**
**Appellee.**

## ORDER

After consideration of the appellant's Motion for Leave to Depose ("Motion"), the appellee's Opposition to the Motion, and the arguments advanced at the January 16, 2025 hearing of the Motion, the Board rules that the Motion is denied.

After consideration of the appellant's Motion For Reconsideration ("Reconsideration Motion"), the assessors' Motion to Compel Inspection or Dismiss ("Compel Motion"), and the appellant's opposition to the Compel Motion, the Board orders the following:

- The Reconsideration Motion is denied without a hearing;

- The Compel Motion is allowed without a hearing. In the event that the Board is not provided with dates for the inspection as set forth in the Board's January 7, 2025 Order on or before January 23, 2025, a hearing will be held on Monday January 27, 2025, at 10:30 a.m. via Zoom, on the issue of whether the appeal should be dismissed for failure of the appellant to comply with the Board's January 7, 2025 Order.

**ORDERED ACCORDINGLY**

**APPELLATE TAX BOARD**

**By:** */s/ Mark J. DeFrancisco*
**Mark J. DeFrancisco, Chairman**

**Attest:** */s/ William J. Doherty*
**Clerk of the Board**

**Date: January 21, 2025**