# EXHIBIT 7

**COMMONWEALTH OF MASSACHUSETTS**

**Supreme Judicial Court**
**Single Justice No.: _____**

| | |
|---|---|
| EGYPT HOUSE, | ) **Oral Argument Requested** |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| BOARD OF ASSESSORS OF THE | ) |
| TOWN OF MARBLEHEAD, | ) |
| | ) |
| Appellee. | ) |

**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

This matter is currently pending before the Appellate Tax Board under Docket No.: F-351238 and is submitted to stop the desecration of a consecrated space by the state. Pursuant to ALM Sup. Jud. Ct. Rule 2:20[1], Appellant Egypt House moves for a preliminary injunction restraining and enjoining the Appellate Tax Board ("ATB")[2], from allowing a G.L. c. 58A, § 8A[3] inspection (a) to be performed by John P. Kelly, Chairman of the Board of

---

[1] Interlocutory matters arising in appeals from the decisions of the Appellate Tax Board and questions of final disposition thereof when further proceedings appear unnecessary may be presented to a single justice, who may after notice hear and determine the same both as to questions of law and of fact or reserve and report the case. ALM Sup. Jud. Ct. Rule 2:20.

[2] The subject inspection arises pursuant to Docket No.: F-351238, styled "Egypt House v. Board of Assessors of the Town of Marblehead.

[3] Before the hearing of a petition for the abatement of a tax upon real estate, machinery or other tangible property, the appellant shall permit the appellee personally or by attorneys, experts or other agents, to enter upon such real estate or upon any premises where such personal property is situated and examine and inspect such real estate or personal property, including any property which the appellant claims is exempt from taxation. . . . .. G.L. c. 58A, § 8A.

Assessors, and Matthew D. Provencher of Mead Talerman & Costa LLP, each of whom have exemplified a personal animus against the ministry of Egypt House and, in the case of Attorney Provencher, uses the mischaracterization of facts to dissemble before the Board and the press; (b) the relics, icons, altar, and other holy objects within Egypt House to be photographed or otherwise recorded; (c) the Chairman of the ATB to decide whether or not an image taken at Egypt House is appropriate; and (d) the sacred objects to include, without limitation, relics (to include the prohibition from opening any reliquary), sacred vessels, altars, and icons to be touched (collectively, the "Enjoined Actions"). The Enjoined Actions are in direct opposition to the precepts of the Orthodox Catholic Church (also known as Greek Orthodox Church or Russian Orthodox Church).  By allowing the inspection to proceed with the Enjoined Actions, Egypt House will sustain irreparable harm.

In support of this Motion, Egypt House relies on Memorandum in Support of Emergency Motion for Preliminary Injunction submitted herewith.

Egypt House respectfully requests a hearing on its Motion and an Order for Preliminary Injunction be entered in the proposed form attached hereto.

DATED:  February 7, 2025        EGYPT HOUSE

                                                By:/s/Tracey M.A. Stockton
                                                   Tracey M.A. Stockton

                                              124 Pleasant Street
                                              Marblehead, Massachusetts   01945
                                              617.800.3979
                                              ts@stpaulsfoundation.org
                                              BBO Number:  568495

                                              Legal Counsel to Appellant

**CERTIFICATE OF SERVICE**

I certify a copy of the above Emergency Motion for Preliminary Injunction was delivered electronically on February 7, 2025, to the following parties:

    Rebecca Sullivan
    Assistant Clerk
    The Commonwealth of Massachusetts
    Appellate Tax Board

    Adam J. Costa, Esq.
    Mead, Talerman & Costa, LLC

    Mathhew D. Provencher, Esq.
    Mead, Talerman & Costa, LLC

By:/s/Tracey M.A. Stockton
    Tracey M.A. Stockton

**COMMONWEALTH OF MASSACHUSETTS**

**Supreme Judicial Court**
**Single Justice No.: _____**

```
EGYPT HOUSE,                    )
                                )
     Appellant,                 )
                                )
v.                              )
                                )
BOARD OF ASSESSORS OF THE       )
TOWN OF MARBLEHEAD,             )
                                )
     Appellee.                  )
```

**ORDER FOR PRELIMINARY INJUNCTION**

This matter having come before the Court for a hearing on the Motion for Preliminary Injunction of Appellant Egypt House, it is hereby **ORDERED** that the Appellate Tax Board and the Board of Assessors of the Town of Marblehead and all persons acting in concert with either of them in connection with the matter before the Court hereunder are preliminarily restrained and enjoined from allowing a G.L. c. 58A, § 8A inspection (a) to be performed by John P. Kelly, Chairman of the Board of Assessors, and Matthew D. Provencher of Mead Talerman & Costa LLP, each of whom have exemplified a personal animus against the ministry of Egypt House and, in the case of Attorney Provencher, uses the mischaracterization of facts to dissemble before the Board and the press; (b) photographic or other recordation of the relics, icons, altar, and other holy objects within Egypt House; (c) the

Chairman of the ATB to decide whether or not an image taken at Egypt House is appropriate; and (d) touching of the sacred objects to include, without limitation, relics (to include the prohibition from opening any reliquary), sacred vessels, altars, and icons(collectively, the "Enjoined Actions").

                        BY THE COURT:

                        _____

                        Dated: _____, 2025