UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGYPT HOUSE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN P. KELLEY, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 25-CV-10597 |

**DEFENDANT CHAIRMAN DEFRANCSICO'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STAY**

This Court should deny Plaintiff's motion titled "Motion to Stay" (Dkt. 3), which is effectively a second motion for a preliminary injunction that asks this Court to "stay [the relevant proceedings] currently pending before the Appellate Tax Board . . . pending a hearing before this Court on [Plaintiff's] Motion for Preliminary Injunction." Motion to Stay, Dkt. 3 (Mar. 13, 2025). Even setting aside the jurisdictional reasons that injunctive relief against Chairman DeFrancisco is prohibited (which are detailed in Chairman DeFrancisco's opposition to Plaintiff's Motion for a Preliminary Injunction, *see* Dkt. 22), this motion is moot for two reasons: (1) the Court scheduled this motion to be heard concurrently with Plaintiff's Motion for a Preliminary Injunction (*see* Dkt. 9), so by the time this motion is resolved, there will have already been "a hearing before this Court on [Plaintiff's] Motion for Preliminary Injunction," Motion to Stay, Dkt. 3 (Mar. 13, 2025), and (2) the Appellate Tax Board temporarily stayed the inspection that is the subject of Plaintiff's Motion for a Preliminary Injunction (*see* Dkt. 22), so the relief Plaintiff requests in this Motion would have

1

no practical effect.

## CONCLUSION

Plaintiff's Motion to Stay should be denied.

Respectfully submitted,

CHAIRMAN DEFRANCISCO,

By his attorneys:

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ *Aaron Macris*
Aaron Macris, BBO #696323
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2987
Arron.Macris@mass.gov

April 4, 2025

## CERTIFICATE OF SERVICE

   I, Aaron Macris, hereby certify that that, on April 4, 2025, I caused this Memorandum in Opposition to be served through the Court's e-filing and service system to:

Tracey M.A. Stockton, Esq.
St. Paul's Foundation
124 Pleasant Street
Marblehead, MA 01945
Email: ts@stpaulsfoundation.org
*Counsel for Plaintiff Egypt House*

Leonard H. Kesten
Christina Bonelli
Brody, Hardoon, Perkins & Kesten, LLP
265 Franklin Street
Ste 12th Floor
Boston, MA 02110
Email: lkesten@bhpklaw.com
Email: nbonelli@bhpklaw.com
*Counsel for Defendants John P. Kelley, William J. Willis, Jonathan Lederman, Todd Laramie, Karen Bertolino, Michael Tumulty, Douglas E. Percy, Thatcher W. Kezer, III*

George C. Rockas
Anne V. Kim
Wilson, Elser, Moskowitz, Edelman & Dickler, LLP
260 Franklin Street
14th Floor
Boston, MA 02110
Email: george.rockas@wilsonelser.com
Email: anne.kim@wilsonelser.com
*Counsel for Defendants Lisa L. Mead, Adam J. Costa, and Matthew D. Provencher*


   /s/ *Aaron Macris*
   Aaron Macris
   Assistant Attorney General

              Dated: April 4, 2025