

# THE COMMONWEALTH OF MASSACHUSETTS
## *Appellate Tax Board*

*100 Cambridge Street*
*Suite 200*
*Boston, Massachusetts 02114*

**Docket Nos. F351238, F351239**

**EGYPT HOUSE**
**&**
**SHRINE OF ST. NICHOLAS THE WONDERWORKER ET AL,**
   **Appellants.**

**v.**

**BOARD OF ASSESSORS OF THE TOWN OF MARBLEHEAD,**
   **Appellee.**

## ORDER

After considering the appellant's Motion Requesting Stay filed on March 13, 2025, the Board Orders that the Motion is allowed without a hearing. The Board further orders that all proceedings in both of the above-referenced appeals are stayed, including the April 1, 2025 inspection and view of the subject properties, pending further Order of the Board.

**ORDERED ACCORDINGLY**

**APPELLATE TAX BOARD**

**By:** */s/ Mark J. DeFrancisco*
   **Mark J. DeFrancisco, Chairman**

**Attest:** */s/ William J. Doherty*
   **Clerk of the Board**

**Date: March 28, 2025**