# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EGYPT HOUSE,<br>    Plaintiff,<br><br>v.<br><br>JOHN P. KELLEY, *et al.,*<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 25-10597-BEM |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Egypt House certifies:

1. Plaintiff Egypt House has no parent company.

2. The following are publicly held corporations owning 10% or more of Plaintiff Egypt House:  None.

DATED:  April 13, 2025

                                          /s/Tracey M.A. Stockton
                                          Tracey M.A. Stockton (MA Bar No.: 568495)
                                          Admitted before the United States District Court,
                                          Massachusetts District

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify a copy of the above Rule 7.1 Corporate Disclosure Statement was delivered via electronic mail on April 13, 2025, to the following parties:

Aaron Macris, Esq.
Massachusetts Attorney General's Office
aaron.macris@mass.gov

Leonard H. Kesten, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
lkesten@bhpklaw.com

Nina Bonelli, Esq.
Brody, Hardoon, Perkins & Keston, LLP
nbonelli@bhpklaw.com

George C. Rockas, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
George.Rockas@wilsonelser.com

Anne V. Kim, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Anne.Kim@wilsonelser.com

/s/Tracey M.A. Stockton