UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 25-10597

| | |
|---|---|
| EGYPT HOUSE | ) |
|                 Plaintiff | ) |
| v. | ) |
| JOHN P. KELLY et al., | ) |
|                 Defendants | ) |

**TOWN DEFENDANTS' OPPOSITION TO THE PLAINTIFF'S
MOTION FOR CONTINUANCE**

      The Defendants John Kelley, William Willis, Jonathan Lederman, Todd Laramie, Karen Bertolino, Michael Tumulty, Douglas Percey, the Board of Assessors Town of Marblehead, the Town of Marblehead, and Thatcher Kezer, III ("Town Defendants") request that the Court deny the Plaintiff's Motion for Continuance. The Plaintiff requested a hearing on its Motion for Preliminary Injunction and Motion to Stay and the Court originally scheduled the hearing for April 10, 2025. Upon Plaintiff's request, the hearing was ultimately rescheduled to the presently set date of April 29, 2025.

      The Plaintiff now requests the Court move the hearing again (although all parties have fully briefed the issues surrounding the Motion for Preliminary Injunction) because it has filed additional motions for Rule 11 sanctions against all defendants. The Town Defendants do not intend to file any further papers with the Court regarding the Plaintiff's meritless motions for sanctions. The Town Defendants do not wish to waste any more of the Court's time and requests the parties proceed with the currently scheduled hearing on April 29, 2025.

        Respectfully submitted,

        */s/ Leonard H. Kesten*
        Leonard H. Kesten, BBO# 542042
        Christina Bonelli, BBO# 698709
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        265 Franklin Street, 12th Floor
        Boston, MA 02110
        (617) 880-7100
        lkesten@bhpklaw.com
        nbonelli@bhpklaw.com

Dated: April 23, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

        */s/ Leonard H. Kesten*
        Leonard H. Kesten, BBO# 542042

Dated: April 23, 2025