UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGYPT HOUSE,<br>    Plaintiff,<br><br>v.<br><br>JOHN P. KELLEY, *et al.,*<br>    Defendants. | ) Civil Action No.: 25-10597-BEM<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO REPLY
SOLELY AS TO CONSTITUTIONAL ISSUES**

Pursuant to Federal Rule of Civil Procedure No.: 7 and Local Rule of the District of Massachusetts 7.1(b)(3), Plaintiff Egypt House hereby moves this Court for leave to reply, solely as to issues raised under the United States Constitution pursuant to Hearing on Motion for Preliminary Injunction heard on April 29, 2025 at 2:00 p.m. in Courtroom 12 of the Fifth Floor, United States District Court of Massachusetts, Boston, Massachusetts. In deference to the calendars of this Court and opposing counsel, Plaintiff Egypt House shall adhere to a seven (7) page limit in its reply and provide her response by May 7, 2025. In support of this Motion, Plaintiff Egypt House files its contemporaneous Memorandum in Support.

DATED:  April 30, 2025

/s/Tracey M.A. Stockton
Tracey M.A. Stockton (MA Bar No.: 568495)
Admitted before the United States District Court,
Massachusetts District

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGYPT HOUSE,<br>    Plaintiff,<br><br>v.<br><br>JOHN P. KELLEY, *et al.*<br>    Defendants. | )  Civil Action No.: 25-10597-BEM<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>) |

This matter comes before the Court on Motion for Leave to Reply. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED. SO ORDERED.

_____

_____
            [Print Name]

UNITED STATED DISTRICT JUDGE
United States District Court for the Massachusetts District

Date:  _____

## CERTIFICATE OF SERVICE

I certify a copy of the above Motion for Leave to Reply was delivered via electronic mail on April 30, 2025, to the following parties:

Aaron Macris, Esq.
Massachusetts Attorney General's Office
aaron.macris@mass.gov

Leonard H. Kesten, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
lkesten@bhpklaw.com

Nina Bonelli, Esq.
Brody, Hardoon, Perkins & Keston, LLP
nbonelli@bhpklaw.com

George C. Rockas, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
George.Rockas@wilsonelser.com

Anne V. Kim, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Anne.Kim@wilsonelser.com

/s/Tracey M.A. Stockton