## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGYPT HOUSE,<br>    Plaintiff,<br><br>v.<br><br>JOHN P. KELLEY, *et al.,*<br>    Defendants. | ) Civil Action No.: 1:25-cv-10597-BEM<br>)<br>) Brian E. Murphy<br>) District Judge<br>)<br>) **MOTION TO EXTEND TIME**<br>) **WITHIN WHICH TO FILE NOTICE**<br>) **OF APPEAL**<br>)<br>) **REQUEST FOR EX PARTE RELIEF** |

Pursuant to USCS Fed Rules Civ Proc R 4(a)(5), Plaintiff hereby moves this Court to extend the time within which to file Notice of Appeal relative to Order on Plaintiff's Motion to Stay and for Preliminary Injunction entered by this Court on May 1, 2025, for a period of thirty (30) days, through and including July 2, 2025. Plaintiff requests this extension because counsel for Plaintiff is not yet admitted to appear before the United States Court of Appeals for the First Circuit and has only received the application therefor countersigned by her sponsor, today (May 27, 2025). All paperwork has been assembled and the requisite filing will be made on May 28, 2025. Allowing for the requested extension will enable the undersigned to be admitted by the First Circuit in time to timely file Notice of Appeal on behalf of Plaintiff. For the foregoing reason, Plaintiff respectfully requests this Court issue an Order permitting an extension of time for the purpose of filing Notice of Appeal on behalf of Plaintiff.

DATED: May 27, 2025        /s/Tracey M.A. Stockton
                                          Tracey M.A. Stockton (MA Bar No.: 568495)
                                          Admitted before the United States District Court,
                                          Massachusetts District

                                          *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EGYPT HOUSE,     ) | Civil Action No.: 1:25-cv-10597-BEM |
|     Plaintiff,     ) | |
|     ) | Brian E. Murphy |
| v.     ) | District Judge |
|     ) | |
| JOHN P. KELLEY, *et al.,*     ) | **ORDER** |
|     Defendants.     ) | |

    This matter comes before the Court on Motion to Extend Time Within Which to File Notice of Appeal. Upon consideration of the Motion, it is hereby:

    ORDERED that the Motion is GRANTED. SO ORDERED.

_____

_____
              [Print Name]

UNITED STATED DISTRICT JUDGE
United States District Court for the Massachusetts District

Date: _____

Order – Page Solo