UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGYPT HOUSE,<br>    Plaintiff,<br><br>v.<br><br>JOHN P. KELLEY, *et al.,*<br>    Defendants. | Civil Action No.: 25-10597-BEM |

**NOTICE OF APPEAL**

    Pursuant to USCS Fed Rules App Proc R 3 and USCS Fed Rules App Proc R 4, Plaintiff Egypt House hereby appeals United States Court of Appeals for the First Circuit from the Memorandum and Order entered on August 13, 2025, ECF No.: 94, granting Motion to Dismiss as to Defendant DeFrancisco.

DATED:  September 12, 2025      /s/Tracey M.A. Stockton
    Tracey M.A. Stockton (MA Bar No.: 568495)
    Admitted before the United States District Court,
    Massachusetts District

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify a copy of the above Notice of Appeal was delivered via electronic mail on September 12, 2025, to the following parties:

Aaron Macris, Esq.
Massachusetts Attorney General's Office
aaron.macris@mass.gov

Leonard H. Kesten, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
lkesten@bhpklaw.com

Nina Bonelli, Esq.
Brody, Hardoon, Perkins & Keston, LLP
nbonelli@bhpklaw.com

George C. Rockas, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
George.Rockas@wilsonelser.com

Anne V. Kim, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Anne.Kim@wilsonelser.com

/s/Tracey M.A. Stockton