# United States Court of Appeals
## For the First Circuit

No. 25-1877

EGYPT HOUSE,

Plaintiff - Appellant,

v.

JOHN P. KELLEY, as an individual and in the capacity as Chairman of the Board of Assessors; WILLIAM J. WILLIS, as an individual and in the capacity as Member of the Board of Assessors; JONATHAN LEDERMAN, as an individual and in the capacity as Member of the Board of Assessors; TODD LARAMIE, as an individual and in the capacity as Assistant Assessor; KAREN BERTOLINO, as an individual and former Assistant Assessor; MICHAEL TUMULTY, as an individual and in the capacity as Assistant Assessor (ret.), and Consultant to the Town of Marblehead; DOUGLAS E. PERCY, as an individual and in the capacity as Member of the Board of Assessors; THATCHER W. KEZER, III, as an individual and in the capacity as Town Administrator; LISA L. MEAD, as an individual and in the capacity as Town Counsel; ADAM J. COSTA, of Mead, Talerman & Costa, LLC, as an individual and in the capacity as counsel to the Town of Marblehead; MATTHEW D. PROVENCHER, of Mead, Talerman & Costa, LLC, as an individual and in the capacity as counsel to the Town of Marblehead; MARK J. DEFRANCISCO, as an individual as to claims arising under G.L. c. 12, 11I and in the capacity as Chairman of the Appellate Tax Board; BOARD OF ASSESSORS FOR THE TOWN OF MARBLEHEAD; TOWN OF MARBLEHEAD, a Massachusetts Township,

Defendants - Appellees.

**JUDGMENT**

Entered: October 31, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.


By the Court:

Anastasia Dubrovsky, Clerk

cc:
Tracey Stockton
Leonard H. Kesten
Christina Bonelli
George C. Rockas
Anne V. Kim
Aaron Macris