UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 25-10597

| | |
|---|---|
| EGYPT HOUSE, <br>         Plaintiff, <br><br> VS: <br><br> JOHN P. KELLY, as an Individual and in his capacity as Chairman of the Board of Assessors, WILLIAM J. WILLIS as an Individual and in his capacity as Member of the Board of Assessors, JONATHAN LEDERMAN, as an Individual and in his capacity as Member of the Board of Assessors, TODD LARAMIE, as an Individual and in his capacity as Assistant Assessor, KAREN D. BERTOLINO, as an Individual and former Assistant Assessor, MICHAEL TUMULTY, as an Individual, in his capacity as Assistant Assessor (ret.), and Consultant to the Town of Marblehead, DOUGLAS E. PERCY, as an Individual and in his Capacity as Member of the Board of Assessors, BOARD OF ASSESSORS, TOWN OF MARBLEHEAD, the TOWN OF MARBLEHEAD, a Massachusetts Township, THATCHER W. KEZER, III, as an Individual and in his capacity as Town Administrator, LISA MEAD, as an Individual and in her capacity as Town Counsel, ADAM J. COSTA of Mead, Talerman, & Costa, LLC, as an Individual and in his capacity as counsel to the Town of Marblehead, MATTHEW D. PROVENCHER of Mead, Talerman & Costa, LLC, as an Individual and in his capacity as counsel to the Town of Marblehead <br><br>         Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**TOWN DEFENDANTS' NOTICE TO COURT REGARDING POSITION ON INSPECTION PHOTOGRAPHS**

 The Defendants, John P. Kelly, William J. Willis, Jonathan Lederman, Todd Laramie, Karen D. Bertolino, Michael Tumulty, Douglas E. Percy, Town of Marblehead Board of Assessors, Town of Marblehead and Thatcher W. Kezer, III, (hereinafter "Town Defendants") respond as follows to the Court's inquiry from the November 3, 2025 hearing on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 115)

1

regarding the Town's position on retention of the two subject photographs from the July 23, 2025 inspection of Egypt House:

The Town Defendants respectfully request additional time from the Court to respond to its inquiry because the Town of Marblehead's Board of Assessors must make a decision regarding the inquiry together. This decision-making process requires scheduling a meeting and discussion at an executive session. 48 hours of public notice are required for such meetings. As such, the earliest the Board of Assessors could possibly render a decision regarding the Court's inquiry would be on Thursday, November 6, 2025. Given this, the Town Defendants respectfully request until November 10, 2025, to respond to the Court's inquiry.

In addition to this request, the Town Defendants note the photograph, attached to this notice as Exhibit A, as it may be relevant to the Court's consideration of the Plaintiff's motion. The photograph is a screenshot of a video interview Andrew Bushell gave on Fox News. The interview appears to be in the same room where the inspection photographs were taken, although there is no covering of seemingly holy objects in Fr. Bushell's video interview. This interview is publicly available at the hyperlink captured in the screenshot.

Respectfully submitted,

Defendants, John P. Kelly, William J. Willis, Jonathan Lederman, Todd Laramie, Karen D. Bertolino, Michael Tumulty, Douglas E. Percy, Town of Marblehead Board of Assessors, Town of Marblehead and Thatcher W. Kezer, III,
By their attorneys,

 /s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Nina Bonelli, BBO #698709
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com
nbonelli@bhpklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                 */s/ Leonard H. Kesten*
                 Leonard H. Kesten, BBO# 542042

Dated: November 3, 2025

# EXHIBIT A



America Reports · March 03, 2024 · 06:27 · CLIP

**Christian monk details arrest by FBI for charges that have since been dropped**