**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**EGYPT HOUSE,**

        Plaintiff

           V.

**JOHN P KELLY ET AL,**

        Defendants.

        CIVIL ACTION

        NO. 25-cv-10597-BEM


## ORDER OF DISMISSAL


<u>Murphy, D. J.</u>


    In accordance with the Court's Memorandum and Order [ECF #185] dated <u>4/3/2026</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


        By the Court,


<u>April 3, 2026</u>               <u>/s/Marlene Martins</u>
    Date                     Deputy Clerk